**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed September 25, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00265-CV

---

## IN RE: ZURICH AMERICAN INSURANCE COMPANY, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
133rd District Court
Harris County, Texas
Trial Court Cause No. 2010-58047**

---

## MEMORANDUM OPINION

On March 19, 2012, relator Zurich American Insurance Company filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County to vacate her order granting a motion to consolidate.

On September 14, 2012, the parties filed a joint motion to dismiss the petition. The motion is granted.

Accordingly, the petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Boyce, and McCally.

2